IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WAYNE W. LEW, | ) | |
| | ) | |
| Plaintiff, | ) | 2:09-cv-02921-GEB-KJN |
| | ) | |
| v. | ) | ORDER SCHEDULING A STATUS |
| | ) | (PRETRIAL SCHEDULING) |
| LONG BEACH MORTGAGE, PRO CAPITAL MORTGAGE, CALIFORNIA RECONVEYANCE COMPANY, JP MORGAN CHASE and DOES 1 through 100, inclusive, | ) | CONFERENCE |
| | ) | |
| Defendants. | ) | |

A status (pretrial scheduling) conference is set for April 26, 2010, at 9:00 a.m. in Courtroom 10 of the above-entitled court. A joint status report shall be filed fourteen (14) days before the status conference. Plaintiff shall include in the joint status report the authority on which his counsel relies when indicating that the automatic stay provision of the bankruptcy code applies to Plaintiff's bankruptcy petition. This was indicated in Plaintiff's counsel's response to an OSC, filed March 3, 2010, in which counsel stated he did not file a joint status report "because Plaintiff filed for bankruptcy on February 24, 2010 . . ."

Dated: March 25, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1